IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACUSHNET COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | NO.: 1:10-CV-10280-JLT |
| ALLAN BOYD SIMPSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADMINISTRATIVELY CLOSING CASE

Having considered the Parties' Joint Motion for Administrative Closure, it is hereby ORDERED that this case be administratively closed, pending execution and complete satisfaction of the terms of the confidential settlement agreement entered into by the Parties. Upon motion by any Party, for any reason and without requiring a response from the other Party or consent from the other Party, this Court will reopen the case to resolve any disputes arising from any defaults under the settlement agreement.

SO ORDERED this 20 day of Jan, 2011.

_____
Honorable Joseph L. Tauro